FILED

JAN - 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-82-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| FRANKLIN PAUL MCINTYRE, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Count II of the Indictment without Prejudice (Doc. 6), and for good cause shown,

**IT IS HEREBY ORDERED** that <u>Count II</u> of the indictment is **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the trial set for Monday, January 14, 2019 at 9:00 a.m. is **VACATED**.

**FURTHER,** the Findings and Recommendation of U.S. Magistrate Judge for Count I of the Indictment will be adopted under separate Order.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of January, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge