FILED

APR 1 1 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN PAUL MCINTYRE,<br><br>Defendant. | CR 18-82-BLG-SPW-1<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, May 2, 2019 at 9:30 a.m., is **VACATED** and reset to commence on **Thursday, May 9, 2019 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that all other deadlines outlined in the Court's Order of January 3, 2019 shall remain in effect.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 11th day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1