
FILED

MAY 09 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN PAUL MCINTYRE, <br><br> Defendant. | CR 18-82-BLG-SPW <br><br> ORDER |

For the reasons stated on the record, FRANKLIN PAUL MCINTYRE is hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of May, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE