**FILED**

MAY 1 4 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-82-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| FRANKLIN PAUL MCINTYRE, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 88). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on January 13, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Phoenix Arms, model HP22A, .22 caliber semi-automatic pistol, serial number 4333248

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of May, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge